**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WILLIAM THOMAS** **PLAINTIFF**
**#26385**

**V.** **Case No. 4:26-CV-00468-JM-BBM**

**DOE, Nurse "Heather,"**
**White County Detention Facility, *et al.*** **DEFENDANTS**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff William Thomas is allowed to PROCEED with his medical-deliberate-indifference claims against the Doe Defendant, "Nurse Heather," in her individual capacity.

2. All other claims, including Thomas's official-capacity claims, are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3. Defendants White County Detention Center, Snyder, and Rogers are TERMINATED as parties to this action.

IT IS SO ORDERED this 20th day of October, 2026.

UNITED STATES DISTRICT JUDGE